

# REAL ESTATE, EDUCATION AND COMMUNITY HOUSING, INC.
*Non-Profit Organization Housing & Foreclosure Counseling Agency*

```
FILED BY  PCS   D.C.

   JUL 17 2019

   ANGELA E. NOBLE
   CLERK U.S. DIST. CT.
   S.D. OF FLA. – W.P.B.
```

Case Number: 0:19cv61569

21-day response answer to complaint

7/10/2019

Dear Attorney Hindi,

In response to the formal papers this is a response that was requested within 21 days. As our conversation continues, I wanted to reaffirm that any text your client received was not intentional or sent with any intent to cause harm or benefit financially.

As previously discussed, we help low to moderate income community members by providing education and assisting community members with paperwork that is needed for municipal or county down payment assistance for homeownership. We also help community members who are facing foreclosure and work with them to help them keep and maintain homeownership. The SHIP funds are the main source of down payment assistance offered to our community members and we do work hard in seeking that we help as many community members obtain the American Dream of homeownership.

I want to state we are not a high-tech sophisticated company and do not have any auto dialing machines are auto generated software that calls people or generates numbers. We are a simple nonprofit agency helping our low to moderate income community members with education, foreclosure and down payment assistance.

I look forward to continuing our conversation to resolve this matter and be able to put this behind us so that we can continue our advocate work within the community.

Michael Roberts
Executive Director

*[signature: Michael Roberts]*

FIRST OVERNIGHT

Delivery Address
701 CLEMATIS STREET

FedEx Express®

Extremely Urgent

FedEx Express Package US Airbill

FedEx Tracking Number 8136 8722 4930

1 From
Date 7-16-19
Sender's Name
Phone 561 491-1670
Company REAL ESTATE, EDUCATION & COMMU
Address 8409 N MILITARY TRL STE 111
City WEST PALM BEACH State FL ZIP 33410-6321

2 Your Internal Billing Reference

3 To
Recipient's Name Attn Clerk's office
Company Southern District Court

FedEx
8136 8722 4930
WED - 17 JUL 8:00A
FIRST OVERNIGHT
W PBIA
33401
FL-US
PBI

Recipient's Copy

4 Express Package Service
Next Business Day
- [x] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight

2 or 3 Business Days
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

Packages up to 150 lbs.

5 Packaging
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

6 Special Handling and Delivery Signature Options
- [ ] Saturday Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

7 Payment Bill to:

fedex.com 1.800.GoFedEx 1.800.463.3339

FedEx First Overnight®

FO

FedEx Express

Insert shipping

