UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:19-cv-61569-UU

ROBERT JOHNSON,

    Plaintiff,

v.

REAL ESTATE EDUCATION AND COMMUNITY HOUSING, INC.,

    Defendant.

_____/

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PLAINTIFF'S COMPLAINT

Defendant, REAL ESTATE EDUCATION AND COMMUNITY HOUSING, INC. ("Defendant"), by and through undersigned counsel, hereby moves for a 14-day extension of time to respond to the Plaintiff's Complaint, and as grounds therefore states:

1. Defendant was served with a copy of the Complaint on June 27, 2019. Accordingly, a response to the Complaint is currently due on July 18, 2019.

2. Defendant is in the process of fully retaining the undersigned counsel to represent it in this matter, and is in need of an extension of time, up through and including August 1, 2019, in order to fully prepare its response to the Complaint; thus, good cause exists to grant the extension of time sought herein.

3. During a meet and confer, undersigned counsel originally requested a 20-day extension of time, but Plaintiff's counsel advised that he would only agree to a 14-day extension. Undersigned counsel accepts Plaintiff's counsel's counteroffer with respect the requested extension of time.

103288172.1

3. The extension of time sought would not be prejudicial to the Plaintiff and is not being sought for the purposes of undue delay.

WHEREFORE Defendant, REAL ESTATE EDUCATION AND COMMUNITY HOUSING, INC., respectfully requests that the court grant a 14-day extension of time, up and through and including August 1, 2019, to serve a response to the Plaintiff's Complaint, and further grant any such additional relief the court deems just and proper.

Respectfully submitted,

By: /s/ *Adam M. Myron*
Gerald F. Richman, Esq.
Florida Bar No. 0066457
grichman@daypitney.com
ecrippen@daypitney.com
Adam M. Myron, Esq.
Florida Bar No. 0895121
amyron@daypitney.com
ecrippen@daypitney.com
DAY PITNEY, LLP
250 Australian Avenue South, Suite 1504
West Palm Beach, FL 33401
Telephone: (561) 803-3500
Facsimile: (561) 790-8756
*Counsel for Defendant*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rules 7.1(a)(3), undersigned counsel certifies that he has conferred by telephone with Jibrael Hindi, counsel for Plaintiff, on July 18, 2019, and that Plaintiff does not oppose the relief sought herein.

By: /s/ *Adam M. Myron*
Adam M. Myron

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2019 a true and correct copy of the foregoing document was electronically filed with the Clerk using the CM/ECF filing system and served upon on all counsel of record or pro se parties below, either via transmission of Notices of Electronic Filing generated by the CM/ECF filing system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
**The Law Offices of Jibrael S. Hindi, PLLC**
610 SE 6th Street, Suite 1744
Ft. Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Counsel for Plaintiff*

> By: /s/ *Adam M. Myron*
> Adam M. Myron