UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.0:19-cv-61569-UU

ROBERT JOHNSON,

    Plaintiff,

v.

REAL ESTATE EDUCATION AND COMMUNITY HOUSING INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties Joint Stipulation of Dismissal with Prejudice (the "Stipulation"). D.E. 10. The Court has considered the Motion, pertinent portions of the record and is otherwise fully advised in the premises. On July 26, 2019 the Parties filed a Joint Stipulation of Dismissal with Prejudice notifying the Court that the parties dismissed the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). D.E. 10. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _29th_ day of July, 2019.

                              URSULA UNGARO
                              UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf